

**SIGNED THIS 3rd day of May, 2023**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| IN RE: Steven Ray Breeden<br>Tabatha Lynn Breeden<br>fka Tabatha Lynn Lam<br>fka Tabaha Lynn Herring | CHAPTER    13<br><br>CASE NO.    22-61061 |
|---|---|

### O R D E R

The above-captioned matter is deficient in the following area(s):

☐ The filing fee has not been paid in the amount of $ . Motions requiring fees filed electronically are to be paid by debit or credit card. Fees for motions filed *pro se* must be paid by cash, cashier's check or money order only, payable to Clerk, U.S. Bankruptcy Court or a motion for extension of time to pay same must be filed.

☑ A notice of hearing was not attached. You must contact the Clerk's Office to obtain a hearing date and then file with the Court a Notice of Hearing and Certificate of Service indicating that notice was given to the appropriate parties. (Local Rule 9013-1 requires opposing counsel be contacted to clear hearing dates.) or tender a proposed order.

☐ Pleading relates to matter set for hearing, but the Notice of Hearing has incorrect or incomplete hearing information. Explanation:  . Counsel must file an amended Notice of Hearing to cure the deficiency and must file proof of service of the amended Notice of Hearing.

☐ Pleading relates to matter set for hearing, but the docket entry information is incorrect. Explanation:  . Counsel must file a corrected entry on the docket.

☐ This case was closed on  . A Motion to Reopen must be filed and appropriate fees paid, unless waived by the Court upon proper application and sufficient cause, before any action may be taken on the pleading.

☐ This case was sent to the archives. You are required to file a request with this Court accompanied by a fee in the amount of sixty-four dollars ($64.00) for retrieval of the file. Payment may be made by cash, cashier's check or money order only, payable to Clerk, U.S. Bankruptcy Court or CM/ECF users may pay by credit or debit card.

☐ The amendment filing fee has not been paid and the appropriate amendment form and certification has not been filed. Adding creditors to case after the petition is filed is considered an amendment, requiring the amendment form, $32.00 filing fee and certification that the attorney has mailed the §341 meeting notice to any newly added creditors.

☐ Pleadings filed on behalf of a corporation **must** be filed by counsel.

☐ Motion to convert not in compliance with Local Rule 1017-1 (copy attached).

☐ Chapter 13 Plan not signed by pro se debtor(s) or counsel for debtor(s) if represented by an attorney.

☐     No certificate of service has been filed certifying service of Chapter 13 Plan or Amended Plan.

☐     Incomplete or incorrect image attached to ECF docket entry number ___.

    Explanation: ___.

☐     Required Official Form ___ (effective 12/01/2015) was not filed.

It is accordingly

**O R D E R E D**

that failure to cure said deficiency(ies) within fourteen (14) days from the date of this Order, or to file a pleading within such time: 1) requesting a hearing upon such asserted deficiency(ies); 2) extending the time to cure the deficiency(ies); or 3) seeking waiver of the requirements for good cause may result in dismissal of the pleading, or sanctions being imposed, or such other remedy as the Court deems appropriate, without further notice, hearing, or Order. The pleading which is the subject of the deficiency(ies) referenced above is deemed lodged with the Court and the Clerk is directed to take no further action with respect to it pending curing of the deficiency(ies) or dismissal of the pleading.

Service of a copy of this Order shall be made to debtor(s) and counsel for debtor(s); filing party, trustee, and other parties as may be appropriate.

**END OF ORDER**